# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————————

No. 02-1975WM

—————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | On Appeal from the United |
| Appellee, | * | States District Court |
| | * | for the Western District |
| v. | * | of Missouri. |
| | * | |
| Roscoe A. Austin, | * | [Not To Be Published] |
| | * | |
| Appellant. | * | |

——————————

Submitted: December 5, 2002

Filed: December 27, 2002

——————————

Before McMILLIAN, RICHARD S. ARNOLD, and BYE, Circuit Judges.

——————————

PER CURIAM.

Roscoe A. Austin pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Austin entered into a plea agreement in which he agreed to be sentenced under 18 U.S.C. § 924(e) as an armed career criminal and, with limited exceptions, waived his right to appeal his conviction and sentence. The District Court[1] sentenced Austin to the mandatory minimum of fifteen years (180 months) imprisonment and five years supervised release. On appeal, Austin's counsel

———————————

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), questioning whether Austin's prior convictions qualified as violent felonies for enhanced sentencing under section 924(e)(2)(B).

Because Austin in his plea agreement knowingly and intelligently waived his right to appeal his sentence, and the exceptions are inapplicable, we enforce that waiver. See <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2001) (per curiam); <u>United States v. Morrison</u>, 171 F.3d 567, 568 (8th Cir. 1999). Having found no nonfrivolous issues related to Austin's conviction, see <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we grant counsel's motion to withdraw. We further deny Austin's motion for appointment of different counsel, and note that any claims of ineffective assistance of counsel should be brought, if at all, in a 28 U.S.C. § 2255 motion, see <u>United States v. Cain</u>, 134 F.3d 1345, 1352 (8th Cir. 1998).

Appeal dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.